IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: Juan Carlos Carabaza | § | CASE NO. 17-31794 |
| Olga Leticia Mireles De Carabaza | § | |
| Debtors | § | CHAPTER 7 |

### Debtor's Pay Advices

Comes now the debtors **Juan C. Carabaza**, by and through their attorney of record and provides the attached pay advices in these Chapter 7 proceedings.

Respectfully submitted this 5th day of December, 2017

WATSON LAW FIRM, P.C.

/s/ **Matt Watson**
W. Matt Watson
State Bar Id: 24028878
Attorney for the Debtor
1123 E. Rio Grande
El Paso, Texas 79902
TEL: (915) 562-4357
FAX: (866) 201-0967

Enterprise Services LLC
15555 Cutten Rd, Mailstop CCE0102
Houston TX 77070
866/372-2034

| Pay Group: | U15-EDI Semi-monthly paygroup |
|---|---|
| Pay Begin Date: | 08/01/2017 |
| Pay End Date: | 08/15/2017 |

| Business Unit: | USA |
|---|---|
| Advice #: | 000000006134932 |
| Advice Date: | 08/15/2017 |

Juan Carlos Carabaza
912 Agua Caliente
El Paso, TX 79912
SSN:

| Employee ID: | 00081125383 |
|---|---|
| Department: | EVT-Everett |
| Location: | El Paso (TEP01) |
| Pay Rate: | $2,987.00 Semimonthly |

| TAX DATA: | Federal | TX State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | 4 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

### HOURS AND EARNINGS

| (* does not add to gross pay) | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Regular Earnings | 34.465385 | 86.67 | 2,987.11 | 1,300.05 | 44,806.65 | |
| *Imputed Income - GTL | | | 10.81 | | 162.15 | |
| Rstr Stk Tax Offset | | | 0.00 | | 553.20 | |
| *Restricted Stock Unit | | | 0.00 | | 1,678.04 | |
| TOTAL: | | 86.67 | 2,987.11 | 1,300.05 | 45,359.85 | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 174.01 | 3,037.00 |
| Fed MED/EE | 38.19 | 597.37 |
| Fed OASDI/EE | 163.29 | 2,554.27 |
| TOTAL: | 375.49 | 6,188.64 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) - Fidelity | 179.23 | 2,688.45 |
| Health Care Reimb | 70.83 | 1,025.60 |
| Pre-Tax Benefit | 293.32 | 4,214.98 |
| HSA EE Contribution | 0.00 | 208.35 |
| TOTAL: | 543.38 | 8,137.38 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Loan | 103.08 | 1,485.72 |
| Post-Tax Benefit | 22.35 | 335.26 |
| TOTAL: | 125.43 | 1,820.98 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Pre Tax Benefit - ER | 583.66 | 8,754.90 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,987.11 | 2,454.54 | 375.49 | 668.81 | 1,942.81 |
| YTD | 45,359.85 | 38,509.46 | 6,188.64 | 9,958.36 | 29,212.85 |

| YEAR-TO-DATE | VACATION | PAID TIME OFF | AWS HOLIDAY |
|---|---|---|---|
| Start Balance | 0.00 | n/a | n/a |
| + Accrued YTD | 125.10 | n/a | n/a |
| - Taken YTD | 0.00 | n/a | n/a |
| + Adjust YTD | 0.00 | n/a | n/a |
| Current Balance | 125.10 | n/a | n/a |
| + Excess FTO Bal | 0.00 | n/a | n/a |
| + Vac Buy Bal | 0.00 | n/a | n/a |
| Total Balance | 125.10 | n/a | n/a |
| Available | 200.16 | n/a | n/a |

| FLOATING HOLIDAY |
|---|
| Available |

| STOCK CURRENT PERIOD |
|---|
| $0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Acct Number | Amount |
|---|---|---|---|
| Advice #000000006134932 | Checking | | $1,942.81 |
| TOTAL | | | $1,942.81 |

| Enterprise Services LLC<br>15555 Cutten Rd, Mailstop CCE0102<br>Houston TX 77070<br>866/372-2034 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | U15-ED1 Semi-monthly paygroup<br>08/16/2017<br>08/31/2017 | Business Unit:<br>Advice #:<br>Advice Date: | USA<br>000000006159961<br>08/31/2017 |
|---|---|---|---|---|

| | | | TAX DATA: | Federal | TX State |
|---|---|---|---|---|---|
| Juan Carlos Carabaza<br>912 Agua Caliente<br>El Paso, TX 79912<br>SSN | Employee ID:<br>Department:<br>Location:<br>Pay Rate: | 000811253R3<br>EVT-Everett<br>El Paso (TEP01)<br>$2,987.00 Semimonthly | Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | Married<br>4 | N/A<br>0 |

### HOURS AND EARNINGS

(* does not add to gross pay)

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 34.46538 | 86.67 | 2,987.11 | 1,386.72 | 47,793.76 |
| *Imputed Income - GTL | | | 10.81 | | 172.96 |
| Rstr Stk Tax Offset | | | 0.00 | | 553.20 |
| *Restricted Stock Unit | | | 0.00 | | 1,678.04 |
| TOTAL: | | 86.67 | 2,987.11 | 1,386.72 | 48,346.96 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 174.01 | 3,211.01 |
| Fed MED/EE | 38.19 | 635.56 |
| Fed OASDI/EE | 163.29 | 2,717.56 |
| TOTAL: | 375.49 | 6,564.13 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) - Fidelity | 179.23 | 2,867.68 |
| Health Care Reimb | 70.83 | 1,096.43 |
| Pre-Tax Benefit | 293.32 | 4,508.30 |
| HSA EE Contribution | 0.00 | 208.35 |
| TOTAL: | 543.38 | 8,680.76 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Loan | 103.08 | 1,588.80 |
| Post-Tax Benefit | 22.35 | 357.61 |
| TOTAL: | 125.43 | 1,946.41 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Pre Tax Benefit - ER | 583.66 | 9,338.56 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,987.11 | 2,454.54 | 375.49 | 668.81 | 1,942.81 |
| YTD | 48,346.96 | 40,964.00 | 6,564.13 | 10,627.17 | 31,155.66 |

| YEAR-TO-DATE | VACATION | PAID TIME OFF | AWS HOLIDAY |
|---|---|---|---|
| Start Balance | 0.00 | n/a | n/a |
| + Accrued YTD | 133.44 | n/a | n/a |
| - Taken YTD | 0.00 | n/a | n/a |
| + Adjust YTD | 0.00 | n/a | n/a |
| Current Balance | 133.44 | n/a | n/a |
| + Excess FTO Bal | 0.00 | n/a | n/a |
| + Vac Buy Bal | 0.00 | n/a | n/a |
| Total Balance | 133.44 | n/a | n/a |
| Available | 200.16 | n/a | n/a |

| FLOATING HOLIDAY |
|---|
| Available |

| STOCK CURRENT PERIOD |
|---|
| $0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Acct Number | Amount |
|---|---|---|---|
| Advice #000000006159961 | Checking | | $1,942.81 |
| TOTAL | | | $1,942.81 |

| Enterprise Services LLC<br>15555 Cullen Rd. Mailstop CCE0102<br>Houston TX 77070<br>866/372-2034 | Pay Group: U15-ED1 Semi-monthly paygroup<br>Pay Begin Date: 09/01/2017<br>Pay End Date: 09/15/2017 | Business Unit: USA<br>Advice #: 000000006176128<br>Advice Date: 09/15/2017 |
|---|---|---|
| Juan Carlos Carabaza<br>912 Agua Caliente<br>El Paso, TX 79912<br>SSN | Employee ID: 000811253R3<br>Department: EVT-Everett<br>Location: El Paso (TEP01)<br>Pay Rate: $2,987.00 Semimonthly | TAX DATA: Federal / TX State<br>Marital Status: Married / N/A<br>Allowances: 4 / 0<br>Addl. Pct:<br>Addl. Amt: |

### HOURS AND EARNINGS

(* does not add to gross pay)

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 34.465385 | 86.67 | 2,987.11 | 1,473.39 | 50,780.87 |
| *Imputed Income - GTL | | | 10.81 | | 183.77 |
| Rstr Stk Tax Offset | | | 0.00 | | 553.20 |
| *Restricted Stock Unit | | | 0.00 | | 1,678.04 |
| TOTAL: | | 86.67 | 2,987.11 | 1,473.39 | 51,334.07 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 174.01 | 3,385.02 |
| Fed MED/EE | 38.19 | 673.75 |
| Fed OASDI/EE | 163.30 | 2,880.86 |
| TOTAL: | 375.50 | 6,939.63 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) - Fidelity | 179.23 | 3,046.91 |
| Health Care Reimb | 70.83 | 1,167.26 |
| Pre-Tax Benefit | 293.32 | 4,801.62 |
| HSA EE Contribution | 0.00 | 208.35 |
| TOTAL: | 543.38 | 9,224.14 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Loan | 103.08 | 1,691.88 |
| Post-Tax Benefit | 22.35 | 379.96 |
| TOTAL: | 125.43 | 2,071.84 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Pre Tax Benefit - ER | 583.66 | 9,922.22 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,987.11 | 2,454.54 | 375.50 | 668.81 | 1,942.80 |
| YTD | 51,334.07 | 43,418.54 | 6,939.63 | 11,295.98 | 33,098.46 |

STOCK CURRENT PERIOD: $0.00

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Acct Number | Amount |
|---|---|---|---|
| Advice #000000006176128 | Checking | | $1,942.80 |
| TOTAL | | | $1,942.80 |

| Enterprise Services LLC<br>15555 Cutten Rd, Mailstop CCE0102<br>Houston TX 77070<br>866/372-2034 | Pay Group: U15-ED1 Semi-monthly paygroup<br>Pay Begin Date: 09/16/2017<br>Pay End Date: 09/30/2017 | Business Unit: USA<br>Advice #: 000000006203472<br>Advice Date: 09/29/2017 |
|---|---|---|
| Juan Carlos Carabaza<br>912 Agua Caliente<br>El Paso, TX 79912<br>SSN | Employee ID: 00081125383<br>Department: EVT-Everett<br>Location: El Paso (TEP01)<br>Pay Rate: $2,987.00 Semimonthly | TAX DATA: Federal / TX State<br>Marital Status: Married / N/A<br>Allowances: 4 / 0<br>Addl. Pct:<br>Addl. Amt: |

### HOURS AND EARNINGS
(* does not add to gross pay)

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 34.465385 | 86.67 | 2,987.11 | 1,560.06 | 53,767.98 |
| *Imputed Income - GTL | | | 10.81 | | 194.58 |
| Rstr Stk Tax Offset | | | 0.00 | | 553.20 |
| *Restricted Stock Unit | | | 0.00 | | 1,678.04 |
| TOTAL: | | 86.67 | 2,987.11 | 1,560.06 | 54,321.18 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 174.01 | 3,559.03 |
| Fed MED/EE | 38.19 | 711.94 |
| Fed OASDI/EE | 163.29 | 3,044.15 |
| TOTAL: | 375.49 | 7,315.12 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) - Fidelity | 179.23 | 3,226.14 |
| Health Care Reimb | 70.83 | 1,238.09 |
| Pre-Tax Benefit | 293.32 | 5,094.94 |
| HSA EE Contribution | 0.00 | 208.35 |
| TOTAL: | 543.38 | 9,767.52 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Loan | 103.08 | 1,794.96 |
| Post-Tax Benefit | 22.35 | 402.31 |
| TOTAL: | 125.43 | 2,197.27 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Pre Tax Benefit - ER | 583.66 | 10,505.88 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,987.11 | 2,454.54 | 375.49 | 668.81 | 1,942.81 |
| YTD | 54,321.18 | 45,873.08 | 7,315.12 | 11,964.79 | 35,041.27 |

| STOCK CURRENT PERIOD |
|---|
| $0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Acct Number | Amount |
|---|---|---|---|
| Advice #000000006203472 | Checking | | $1,942.81 |
| TOTAL | | | $1,942.81 |

```
        EMP #                                    EARNINGS    STATEMENT
        81125383
Cost Center: USA7121502

                                         Period Beginning:  10/01/2017
                                         Period Ending:     10/15/2017
                                         Check Date:        10/13/2017
                                         Pers. No           10221355


                                         Juan C Carabaza
                                         912 Agua Caliente
Basis of Pay:       Salary               El Paso TX  79912
Filing Status:      Married

Authority/Exemption/Addtl.W/H
    Federal      04       0.00




Earnings           Rate Hours/Units  Amount Year-To-Date       Other Benefits and Information
-----------------------------------------------------------              This Period Year-to-Date
Salary Exempt                       2,987.00   56,754.98       ---------------------------------------
Rstr Stk Tax Off                                  553.20       GTL Imputed Incm    10.81       205.39
-----------------------------------------------------------    Rstr Stock Unit                1,678.04
Gross Pay                           2,987.00   57,308.18       PreTx Benefit ER   583.66     11,089.54
-----------------------------------------------------------
Tax Deductions: Federal                                        Payment Method               Amount
  Withholding Tax                     174.00-   3,733.03-      ---------------------------------------
  EE Social Security Tax              163.29-   3,207.44-      Direct Deposit               1,942.72
  EE Medicare Tax                      38.19-     750.13-
Additional Deductions
----------  ----------
  *Pre-Tax Benefit                    293.32-   5,388.26-
  *401K Fidelity                      179.22-   3,405.36-
  *Health Care Reimb                   70.83-   1,308.92-
  HSA EE Contribution                               208.35-
  Post-Tax Benefit                     22.35-     424.66-
  401K Loan-JPM                       103.08-   1,898.04-
-----------------------------------------------------------
Total Net Pay                       1,942.72   36,983.99
-----------------------------------------------------------




                                                               Your federal taxable wages     2,454.44

                                                               *Excluded from Federal Taxable Wages




    ENTERPRISE SERVICES LLC
    5400 Legacy Drive
    Plano           TX  75024                 Check Date:10/13/2017
    Phone 1-8663722034


    T H I S   I S   N O T   A   C H E C K !!!                    N O N  -  N E G O T I A B L E


    Deposited to the account of:    Payment Type       Account No.    Bank/Check No.       Amount
    ---------------------------------------------------------------------------------------------------
    Juan C Carabaza                 Bank transfer      XXXXX73666     112000066       USD  1,942.72
```

```
         EMP #                                    E A R N I N G S   S T A T E M E N T
         81125383
Cost Center: USA7121502

                                                  Period Beginning:  10/16/2017
                                                  Period Ending:     10/31/2017
                                                  Check Date:        10/31/2017
                                                  Pers. No           10221355

                                                  Juan C Carabaza
Basis of Pay:         Salary                      912 Agua Caliente
Filing Status:        Married                     El Paso TX   79912

Authority/Exemption/Addtl.W/H
  Federal         04       0.00
```

| Earnings | Rate Hours/Units | Amount | Year-To-Date |
|---|---|---|---|
| Salary Exempt | | 2,987.00 | 59,741.98 |
| Rstr Stk Tax Off | | | 553.20 |
| Gross Pay | | 2,987.00 | 60,295.18 |
| Tax Deductions: Federal | | | |
| Withholding Tax | | 174.00- | 3,907.03- |
| EE Social Security Tax | | 163.29- | 3,370.73- |
| EE Medicare Tax | | 38.18- | 788.31- |
| Additional Deductions | | | |
| *Pre-Tax Benefit | | 293.32- | 5,681.58- |
| *401K Fidelity | | 179.22- | 3,584.58- |
| *Health Care Reimb | | 70.83- | 1,379.75- |
| HSA EE Contribution | | | 208.35- |
| Post-Tax Benefit | | 22.35- | 447.01- |
| 401K Loan-JPM | | 103.08- | 2,001.12- |
| Total Net Pay | | 1,942.73 | 38,926.72 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| GTL Imputed Incm | 10.81 | 216.20 |
| Rstr Stock Unit | | 1,678.04 |
| PreTx Benefit ER | 583.66 | 11,673.20 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 1,942.73 |

Your federal taxable wages    2,454.44

*Excluded from Federal Taxable Wages

---

```
ENTERPRISE SERVICES LLC
5400 Legacy Drive
Plano              TX  75024                Check Date:10/31/2017
Phone 1-8663722034
```

**T H I S   I S   N O T   A   C H E C K !!!**                **N O N - N E G O T I A B L E**

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Juan C Carabaza | Bank transfer | XXXXX73666 | 112000066 | USD | 1,942.73 |