Certificate Number: 16339-TXW-DE-030261879

Bankruptcy Case Number: 17-31794



16339-TXW-DE-030261879

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>December 4, 2017</u>, at <u>10:57</u> o'clock <u>PM EST</u>, <u>Juan Carabaza</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Texas</u>.

Date: <u>December 4, 2017</u>         By:   <u>/s/Kelley Tipton</u>

                                  Name: <u>Kelley Tipton</u>

                                  Title: <u>Certified Financial Counselor</u>

Certificate Number: 16339-TXW-DE-030261880

Bankruptcy Case Number: 17-31794



16339-TXW-DE-030261880

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 4, 2017, at 10:57 o'clock PM EST, Olga Mireles de carabaza completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Texas.

Date: December 4, 2017

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor